# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| **MICHAEL J. O'CONNELL, et al.,** | ) |
| **Plaintiffs,** | ) |
| vs. | ) No. 4:06CV740-SNL |
| **W.M.C., INC.,** | ) |
| **Defendant.** | ) |

## ORDER OF DISMISSAL

**IT IS HEREBY ORDERED** that this cause of action is **DISMISSED**, without prejudice, pursuant to the dismissal notice filed by plaintiffs on June 8, 2006.

**IT IS FURTHER ORDERED** that all pending motions relating to this case are moot as a result of this dismissal.

Dated this   15th   day of June, 2006.

_____
SENIOR UNITED STATES DISTRICT JUDGE

PDF created with FinePrint pdfFactory trial version www.pdffactory.com